## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **HARVEY L. PATTERSON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 02-2213 (ESH) |
| | ) | |
| **STEPHEN L. JOHNSON,** | ) | |
| Administrator, | ) | |
| **Environmental Protection Agency,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's motion for leave to file a reply [#47] is **GRANTED IN PART** insofar as the Court has considered defendant's reply brief but has stricken the affidavits attached thereto; and it is further

**ORDERED** that defendant's motion for summary judgment [#43] is **GRANTED** and plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

s/
ELLEN SEGAL HUVELLE
United States District Judge

Date:   September 26, 2005